### Robert W. ORLICK, Plaintiff–Appellant,

v.

### GRAND FORKS HOUSING AUTHORITY; Homestead Place, Inc.; Terry Hanson; Liz Simpson; Brad Hillebrand; Sherrie LeQuire; Nancy Brandner; Matt Martin, Defendants–Appellees,

---

1. The Honorable Alice R. Senechal, United States Magistrate Judge for the District of North Dakota, to whom the case was referred

**Robert W. Orlick, Plaintiff–Appellant,**

v.

**Mr. Warren Hanson, Defendant–Appellee.**

**No. 15–1785.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 30, 2015.

Filed: Oct. 8, 2015.

Robert W. Orlick, Fargo, ND, pro se.

Ronald F. Fischer, Daniel L. Gaustad, Joseph E. Quinn, Pearson & Christensen, Grand Forks, ND, for Defendant–Appellee.

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Robert Orlick appeals after the district court[1] dismissed one of his pro se civil actions as barred by res judicata, and dismissed another of his pro se civil actions for failure to state a claim. He has filed an "emergency motion" on appeal. After careful de novo review, *see Laase v. Cty. of Isanti,* 638 F.3d 853, 856 (8th Cir.2011); *Levy v. Ohl,* 477 F.3d 988, 991 (8th Cir. 2007), we conclude that Orlick's complaints were properly dismissed for the reasons explained by the district court. Accord-

---

for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

ingly, we affirm. *See* 8th Cir. R. 47B. The pending motion is denied.